s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Courtney Greca, | : | Case No. 3:20-CV-00400 |
| Plaintiff, | : | (Hon. James R. Knepp, II) |
| vs. | : | **FINAL ORDER AND JUDGEMENT** |
| Red Barn Investments, LLC, *et al.*, | : | |
| Defendant. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

This cause is before the Court upon the Joint Motion for Approval and Adoption of Settlement Agreement of Plaintiff Courtney Greca and Defendant Red Barn Investments, LLC. Having reviewed the Settlement Agreement, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment approving the Settlement, as follows:

1. Plaintiff Courtney Greca asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, as well as the wage laws of the State of Ohio, O.R.C. §§ 4111.01 *et seq*. and Ohio Constitution Art. II, Sec. 34a

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

.

3. The Court approves the Settlement Agreement, and orders that the Settlement Agreement be implemented according to its terms and conditions as directed herein.

4. The Court awards and approves the payment of attorneys' fees and expense reimbursements to Plaintiff's Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

5. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorneys' fees and expenses as except as otherwise provided by the Settlement Agreement. All pending deadlines are stricken as moot. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

_____
Hon. James R. Knepp, II

Date: _____12/8/2020_____